Peter L. Kaufman, FL Bar No. 0548421
LEVIN, PAPANTONIO, THOMAS,
 MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
PO Box 12308
Pensacola, FL 32591
Telephone: (850) 435-7107
Facsimile: (850) 435-7020
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number:C 06 7691 CRB **MDL NO. 1699** **District Judge:  Charles R. Breyer** |
| LaTEENA BULL on behalf of the ESTATE of LARRY BULL, CORRINE THOMAS, individually, DAVID GOTT, individually, MARVIN WICKLINE individually, EDWARD KOMOSKI, individually, MICHAEL TUBBS, individually, ROSALYN BENSON, on behalf of the ESTATE OF JUDITH GREEN, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiffs,

vs.

Pfizer, Inc., et al.

Defendants.

Come now the Plaintiffs, LaTEENA BULL,on behalf of the Estate of LARRY BULL,

CORRINE THOMAS, DAVID GOTT, MARVIN WICKLINE, EDWARD KOMOSKI,

MICHAEL TUBBS, and ROSALYN BENSON on behalf of the ESTATE of JUDITH GREEN,

and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with

each side bearing its own attorneys' fees and costs.

DATED: 6/19, 2009

By:

Peter L. Kaufman, FL Bar No. 0548421
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
PO Box 12308
Pensacola, FL 32591
Telephone: (850) 435-7107
Facsimile: (850) 435-7020
*Attorneys for Plaintiff*

DATED: August 6 2009

By:

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED.**

Dated: AUG 1 7 2009

Hon. Charles R. Breyer
United States District Court

PFZR/1035934/6190655v.1